**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00341-CV
_____

### BARBARA WASHINGTON, Appellant

### V.

### WHOLE FOODS MARKET ROCKY MOUNTAIN – SOUTHWEST, LP, Appellee

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-068081**

---

## ORDER

Appellant's brief was due October 8, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before November 16, 2021, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.